## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

STEPHEN WHITE

    VS                                                                                      CASE NO.  1:18-cv-00107-MW

ISSUU INC

**JUDGMENT**

This case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a).

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

                                                *TiAnn Stark*

October 9, 2018
DATE                                               Deputy Clerk: TiAnn Stark